UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTOPHER FREDERICK,

                Plaintiff,

-against-

SHERIFF M. SCHIFF, et al.,

                Defendants.

**ORDER OF DISMISSAL**

21-CV-01060 (PMH)

PHILIP M. HALPERN, United States District Judge:

      By Order dated May 26, 2021, the Court directed Plaintiff to file an Amended Complaint within sixty days. (Doc. 7). That Order specified that failure to comply would result in dismissal of the Complaint. (*Id*. at 6). Plaintiff has not filed an Amended Complaint. Accordingly, the Complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of the Court is directed to mail a copy of this Order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  November 17, 2021
          White Plains, New York

                                              PHILIP M. HALPERN
                                              United States District Judge